No. 5,221.—In re ESTATE OF ADAM R. GARMAN, DECEASED.

*Appeal from Missoula County.*

Decided November 4, 1922.

PER CURIAM.—On motion of respondents, the appeal in the above-entitled cause is dismissed for failure to file transcript on appeal within the time allowed.